In the Matter of Proving the Last Will and Testament of ALBERT M. SALAMY, Deceased.— Order affirmed, with ten dollars costs and disbursements.  No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MATTHEW GILLESPIE, Respondent, v. OSCAR NEWMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order.  No opinion.  Settle order on notice.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of Supplementary Proceedings of ADAM P. DIENST and Another, Respondents, v. ANTHONY ᐱD'ANDRE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FINN HANNEVIG & COMPANY, INC., Appellant, v. UNIVERSAL TRANSPORTATION COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to renew motion on proper papers by plaintiff's showing that it did not have knowledge of the facts sought to be set up in the amended complaint at the time the original complaint was served.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CONRAD GASCHOTT, Respondent, v. THE LAND TITLE AND TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JEAN KIRKPATRICK TOWNSEND and Others, Executrices, etc., of MARION LOUISE BEACH, Deceased, Respondents, v. ELIZABETH CLARK, as Administratrix, etc., of THOMAS M. WEED, Deceased, Appellant.— Order modified as stated in order and as modified affirmed, without costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JEAN KIRKPATRICK TOWNSEND and Others, Executrices, etc., of MARION LOUISE BEACH, Deceased, Respondents, v. ELIZABETH CLARK, as Administratrix, etc., of THOMAS M. WEED, Deceased, Appellant.— Order modified as stated in order and as modified affirmed, without costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

LOUIS REICHERT, Respondent, v. J. GEORGE GRILL, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WILLIAM RADFORD COYLE, as Trustee in Bankruptcy of TIDEWATER COAL EXCHANGE, Respondent, v. EDWARD G. MURRAY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements.  No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JACOB A. WATERS and Another, as Copartners, etc., Respondents, v. FRANK WANDERMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GIOVANNI BISTRIAN, an Infant, by MICHAEL BISTRIAN, His Guardian ad Litem, Respondent, v. " COSULICH " SOCIETA TRIESTINA DI NAVIGAZIONE (Sued Herein as SOCIETA TRIESTINA DI NAVIGAZIONE), Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MICHAEL BISTRIAN, Respondent, v. " COSULICH " SOCIETA TRIESTINA DI. NAVIGAZIONE (Sued Herein as SOCIETA TRIESTINA DI NAVIGAZIONE), Appellant —